**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**BRANDON R. CHAMBERS (#440828)**                     **CIVIL ACTION**

**VERSUS**

**RICHARD STALDER, ET AL.**                           **NO. 07-0848-C-M2**

**O R D E R**

This matter comes before the Court on the plaintiff's Motion to Compel, rec.doc.no. 44, pursuant to which he seeks to obtain the last known addresses of two defendants in order that they may be served.

On June 20, 2008, the Court entered an Order directing that the defendants file into the record, under seal, the last known addresses of defendants Jeffrey Melchior and Donald Fields.  See rec.doc.no. 32.  It appears from the record that the defendants have complied with the referenced Order.  Accordingly, the plaintiff's motion to compel shall be **denied as moot.**

Notwithstanding the foregoing, the record further reflects (1) that although the last known address for defendant Jeffrey Melchior has been filed in the record, it does not appear that summons has been issued for this defendant, and (2) that in providing a last known address for defendant Donald Fields, the defendants provided only a post office box, which will not allow for service of process upon this defendant.  Accordingly,

**IT IS ORDERED** that summons be issued for defendant Jeffrey Melchior and that this defendant be served by the United States Marshal at the address provided under seal.

USM

**IT IS FURTHER ORDERED** that, within fifteen (15) days of the date of this Order, the defendants shall file certification that they are unable to provide a street address for defendant Donald Fields or shall file, UNDER SEAL, a street address for this defendant, after which the United States Marshal shall serve this defendant at the address provided.

Signed in chambers in Baton Rouge, Louisiana, August 25, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**