UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT

2008 12 12 ? 27

BRANDON R. CHAMBERS (#440828)

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO. 07-848-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 9, 2008.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motions to dismiss, (rec. doc. nos. 24, 43, and 53) are granted in part, dismissing the plaintiff's claims against defendants Richard Stalder, Cornel Hubert, and Lawrence Hall, dismissing the plaintiff's claims against the remaining defendants, James Johnson, Jowell Decuir and Jeffrey Melchior, in their official capacities, and dismissing the plaintiff's claims against these remaining defendants in their individual capacities except for the plaintiff's claim of excessive force asserted against these defendants.  Further, this matter is referred back to the

Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, November /0        , 2008.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA