**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

BRANDON R. CHAMBERS (#440828)                    CIVIL ACTION

VERSUS

RICHARD STALDER, ET AL.                          NO. 07-0848-RET-CN

<u>O R D E R</u>

This matter comes before the Court on the plaintiff's Motion to Compel, rec.doc.no. 61, pursuant to which he seeks to compel the United States Marshal's Office to effect service of process upon defendant Donald Fields.

By Order dated August 25, 2008, rec.doc.no. 46, the Court directed the defendants to file into the record, under seal, the last known address of defendant Donald Fields, and directed the United States Marshal's Office to effect service of process upon this individual. A review of the Marshal's Return of Service now reflects that defendant Donald Fields is no longer residing at the last known address provided.[1] In the absence of additional information, the Court is unable to Order the United States Marshal's Office to complete service. In addition, inasmuch as the defendants have apparently provided such information as they possess relative to the location of defendant Donald Fields, it is now incumbent upon the plaintiff to obtain and provide information

_____

[1]     The person residing at the defendant's last known address apparently advised the serving agent that Donald Fields has moved out of the State of Louisiana.  No alternative address has been provided.

necessary to effect service upon this individual.  Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Compel, rec.doc.no. 61, be and it is hereby **DENIED.**

**IT IS FURTHER ORDERED** that, within thirty (30) days of the date of this Order, the plaintiff shall provide additional information regarding the location of defendant Donald Fields in order that this person may be served.  The plaintiff is specifically notified that a failure to provide the required information within the time allowed may result in the dismissal of this defendant without further notice from the Court.

Signed in chambers in Baton Rouge, Louisiana, January 5, 2009.

**MAGISTRATE JUDGE CHRISTINE NOLAND**